UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    Case No. 6:23-cv-1191-RBD-DCI

JOSE COLLADO; and BETSY
COLLADO,

    Defendants.
_____

### ORDER

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. 16 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 20 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 20) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     Plaintiff's Motion (Doc. 16) is **GRANTED.**

3.     The Clerk is **DIRECTED** to enter judgment for Plaintiff and against

        Jose and Betsy Collado jointly and severally for their unpaid federal income tax liabilities for 2012 through 2017 in the amount of $124,247.19, as of September 15, 2023, plus interest pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622, as well as any further additions as may continue to accrue by law.

4. The Clerk is further **DIRECTED** to enter judgment in favor of Plaintiff and against Jose Collado for unpaid individual federal income tax liabilities for 2019 in the amount of $8,881.19, as of September 15, 2023, plus interest pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622 as well as any further additions as may continue to accrue by law.

5. The Clerk is further **DIRECTED** to enter judgment in favor of Plaintiff and against Jose Collado for unpaid trust fund recovery penalty liabilities for the fourth quarter of 2011 and first quarter of 2012 in the amount of $130,902.56, as of September 15, 2023, plus interest pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622 as well as any further additions as may continue to accrue by law.

6. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 7, 2023.



ROY B. DALTON, JR.
United States District Judge